1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3 | Name **Duncan   Tom   R.**
4 | (Last)   (First)   (Initial)
5 | Prisoner Number **T-73548**
6 | Institutional Address **SQRC Gym 229**
7 | **San Rafael CA 94964**

FILED
FEB -5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Duncan**
(Enter the full name of plaintiff in this action.)

vs.

**CDCR Director Tillman**
**et al & Does 1-100**

(Enter the full name of the defendant(s) in this action))

Case No. **CV 08 0806 SI (PR)**
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

1. Exhaustion of Administrative Remedies

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A. Place of present confinement **San Quentin**

    B. Is there a grievance procedure in this institution?
       YES (✓)   NO ( )

    C. Did you present the facts in your complaint for review through the grievance procedure?
       YES ( )   NO (✓)

    D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

1   appeal at each level of review. If you did not pursue a certain level of appeal,
2   explain why.
3   1. Informal appeal _____ N/a _____
4   _____
5   _____ N/a _____ 2. First
6   formal level _____
7   _____
8   _____
9   3. Second formal level _____ N/a _____
10  _____
11  _____ N/a _____ 4 Third
12  formal level _____
13  _____
14  _____
15  E.   Is the last level to which you appealed the highest level of appeal available to
16       you?
17       YES ( )   NO (✓)
18  F.   If you did not present your claim for review through the grievance procedure,
19  explain why. _____ Past my Release date _____
20  _____
21  _____
22  II.  Parties
23  A.   Write your name and your present address. Do the same for additional plaintiffs,
24       if any.
25  ___ Tom Duncan   2314 3rd Street ~~Eureka~~ ___
26  ___ Eureka   Ca   95501 _____
27  _____
28  B.   Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                           - 2 -

1 | place of employment.
2 | CDCR Director Tillman
3 |
4 |
5 |
6 | _____ III.
7 | Statement of Claim
8 |     State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | I was to be Released on 1/27/08.
13 | I am still here. There is No
14 | Reason I Should Not have been Released.
15 |
...
25 | IV.   Relief
26 |     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 |

COMPLAINT                   - 3 -

1 | Monotary Damages, Punitive Damages,
2 | and Release if I am still in Custody.
3 | and any Relief the court sees fit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28th__ day of __January__, 20 __08__

_____
(Plaintiff's signature)

COMPLAINT                          - 4 -



Tom Duncan T-73548
San Quentin State Prison
San Quentin Ca 94974

To Court Clerk
United States District Court
Northern District Court of California
450 Golden Gate Ave
San Francisco CA 94102

RECEIVED
JAN 3 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NSF
SAN QUENTIN STATE PRISON

Legal Mail