FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Duncan

        Plaintiff,

vs.

Tillman

        Defendant.

CASE NO. CV 08 0806 SI (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Tom Duncan, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ ∅ _____ Net: _____ ∅ _____

Employer: _____ ∅ _____

US. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _labor $4.00 hr  (1982)_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or                Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,             Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                         Yes ___ No ✓
14      d.    Pensions, annuities, or                Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,     Yes ___ No ✓
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/a_____
22  _____
23  3.    Are you married?                           Yes ___ No ✓
24  Spouse's Full Name: _____N/a_____
25  Spouse's Place of Employment: _____N/a_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____∅_____ Net $_____∅_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5   _____
6   _____
7   5.   Do you own or are you buying a home?         Yes ____ No __✓__
8   Estimated Market Value: $____∅____ Amount of Mortgage: $____∅____
9   6.   Do you own an automobile?                    Yes ____ No __✓__
10  Make ____∅____ Year ____∅____ Model ____∅____
11  Is it financed? Yes ____ No __✓__ If so, Total due: $ _____
12  Monthly Payment: $ ____∅____
13  7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)
14  Name(s) and address(es) of bank: ____∅____
15  _____
16  Present balance(s): $ ____∅____
17  Do you own any cash? Yes ____ No __✓__ Amount: $ ____∅____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ____ No __✓__
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ ____∅____          Utilities: ____∅____
23  Food: $ ____∅____          Clothing: ____∅____
24  Charge Accounts:
25  Name of Account          Monthly Payment          Total Owed on This Acct.
26  ____∅____                $ ____∅____              $ ____∅____
27  _____               $ _____             $ _____
28  _____               $ _____             $ _____    9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____Ø_____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 _Jan 28th, 2008_                    _[signature]_____
17      DATE                           SIGNATURE OF APPLICANT