UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOM R. DUNCAN,

    Plaintiff,

    v.

CDCR Director TILLMAN; et al.,

    Defendants.
_____/

No. C 08-806 SI (pr)

**ORDER OF DISMISSAL**

    This pro se civil action was filed on February 5, 2008, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff was informed that his application was incomplete in that it did not have the required certificate of funds and copy of his inmate trust account statement. Plaintiff did not pay the filing fee or file the materials needed to complete the in forma pauperis application. In fact, mail sent to him at the address he provided came back undelivered. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. The in forma pauperis application is DENIED. (Docket #2.) The clerk shall close the file.

    IT IS SO ORDERED.

Dated: July 15, 2008

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TOM R DUNCAN,

        Plaintiff,

v.

TILLMAN et al,

        Defendant.

_____/

Case Number: CV08-00806 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tom R. Duncan T-73548
San Quentin State Prison
San Quentin, CA 94964

Dated: July 16, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk