



ATES DISTRICT COURT

ISTRICT OF CALIFORNIA

FILED
JUL 1 5 2008

No. C 08-806 SI (pr)

**JUDGMENT**

FILED
JUL 2 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

)rejudice to plaintiff filing a new action for which he

1 in forma pauperis application.

DGED.

SUSAN ILLSTON
United States District Judge

27
28