



...ATES DISTRICT COURT

...ISTRICT OF CALIFORNIA

No. C 08-806 SI (pr)

**JUDGMENT**

7/12/08  6

...prejudice to plaintiff filing a new action for which he

...ed in forma pauperis application.

...UDGED.

SUSAN ILLSTON
United States District Judge



Tom R. Duncan T-73548

1/31/08
R7

27
28